# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE ELIZABETH GARCIA, | Case No. CV 12-0680-DMG (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| D. K. JOHNSON, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: December 28, 2012

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE